UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

CHRIS SWAIN,

    Plaintiff,

                                      CASE NO.:  2:17-CV-00104-MSD-LRL

-vs-

VERIZON COMMUNICATIONS, INC.,

  Defendant.

_____

## NOTICE OF SETTLEMENT

      Plaintiff, Chris Swain, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated this 25th day of May, 2017.

                                    /s/

                                    Hyatt B. Shirkey, Esquire (VSB#80926)
                                    Hyatt Browning Shirkey Law Firm
                                    3735 Franklin Rd. S.W., Suite 251
                                    Roanoke, VA 24014
                                    Office: (540) 324-9288
                                    Fax:    (540) 986-2199
                                    Hyatt@hbsesqfirm.com
                                    *Counsel for Plaintiff Chris Swain*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this _25th___ day of May, 2017 a true and correct copy of the

foregoing has been filed with the Court's CM/ECF system which sent electronic to notice to all parties of

record including:

Garrett H. Hooe (VSB No. 83983)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
Telephone: (804) 775-4352
Facsimile: (804) 698-2100
ghooe@mcguirewoods.com
*Counsel for Defendant Verizon Communications, Inc.*

/s/
Hyatt B. Shirkey, Esquire (VSB#80926)
Hyatt Browning Shirkey Law Firm
3735 Franklin Rd. S.W., Suite 251
Roanoke, VA 24014
Office: (540) 324-9288
Fax:     (540) 986-2199
Hyatt@hbsesqfirm.com
*Counsel for Plaintiff Chris Swain*